TAI PING CHEN, Appellant, v CITIBANK et al., Respondents.

Submitted December 21, 2009; decided February 16, 2010

Motion for reargument denied [*see* 13 NY3d 816 (2009)]. Motion for poor person relief dismissed as academic.

In the Matter of SHAWN L. WALKER, Respondent, v JEANNIE HAMLETT, Appellant.

Submitted December 28, 2009; decided February 16, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602).

In the Matter of the Claim of XIAO QING LIU, Appellant, v RICH-LINE GROUP/BEL-ORO et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 11, 2010; decided February 16, 2010

Motion for reargument denied [*see* 13 NY3d 880 (2009)]. Motion for poor person relief dismissed as academic.